UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John P. Hoehne, Karl F. Hoehne and Hoehne Bros., a Minnesota General Partnership,

Plaintiffs,

v.

Steven N. Kerns,

Defendants.

00-CV-2544 JMR/FLN

**ORDER**

---

Jonathan S. Parritz for Plaintiffs.
Steven G. Francis for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on July 16, 2001, on Plaintiffs' Motion to Compel Discovery and for Attorney Fees and Costs [#11].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. Insofar as the Motion pertains to Plaintiffs' Request for Admission Number 1 and Plaintiffs' Interrogatory 13, it is **DENIED**;

2. To the extent that the Motion seeks the production of privileged information, it is **DENIED**. Defendant will, however, produce a privilege log describing any information withheld on the basis of privilege;

3. To the extent that the Motion seeks sanctions, it is **DENIED**;

AUG - 3 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. In all other respects, the Motion is **GRANTED**.

Dated: Aug 2, 2001

Franklin L. Noel
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500