UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John P. Hoehne, Karl F. Hoehne and Hoehne Bros., a Minnesota General Partnership,

Plaintiffs,

v.

Steven N. Kerns,

Defendants.

00-CV-2544 JMR/FLN

**ORDER**

---

Jonathan S. Parritz for Plaintiffs.
Steven G. Francis for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on July 30, 2001, on Defendant's Motion for Removal of Lis Pendens from Defendant's Property and Declare Said Lis Null and Void and of No Effect [#16]. In his Motion, Defendant argues that this Court is without power to effect a lis pendens in the State of Idaho.

The ability of a court of foreign jurisdiction to effect a notice of lis pendens within the State of Idaho is governed by Idaho Code § 5-505, which provides that:

> In an action affecting the title or the right of possession of real property, the plaintiff at the time of filing the complaint, and the defendant at the time of filing his answer, when affirmative relief is claimed in such answer, or at any time afterward, may file for record with the recorder of the county in which the property or some part thereof is situated, a notice of the pendency of the action, containing the names of the parties, the object of the action or defense, and a description of the property in that county affected thereby. From the time of filing such notice for record only shall a purchaser or incumbrancer of the property affected thereby be deemed to have constructive notice of the pendency of the action, and only of its pendency against parties designated by their real names.

AUG - 3 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

This statute, which sets forth in detail the mechanism for filing a notice of lis pendens, is devoid of any language excluding courts of foreign jurisdiction from effecting lis pendens notices within the State of Idaho. Furthermore, analysis of the few cases interpreting this statute uncovers no suggestion that foreign courts should be so excluded. In fact, the sole case noted by either party at oral argument on the Motion supports the opposite conclusion. See, e.g., Andre v. Morrow, 680 P.2d 1355 (Idaho 1984)(Idaho should give full faith and credit to the judgment of a California court imposing a constructive trust on Idaho property). The primary distinction between the notice of lis pendens filed in the instant action and the notice filed in Andre is the timing of the filing - the Andre notice was filed post-judgment. For the purposes of the instant motion, that is a distinction without a difference.

Accordingly, and based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion for Removal of Lis Pendens from Defendant's Property and Declare Said Lis Null and Void and of No Effect [#16] is **DENIED**.

Dated: Aug 2, 2001

Franklin L. Noel
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500