UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John P. Hoehne, Karl F. Hoehne and Hoehne Bros., a Minnesota General Partnership,

Plaintiffs,

v.

Steven N. Kerns,

Defendant.

00-CV-2544 JMR/FLN

**ORDER**

---

Jonathan S. Parritz for Plaintiffs.
Steven G. Francis for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on September 4, 2001, on Plaintiffs' Motion for a Protective Order [#33].

Plaintiffs contend that Defendant Steven Kerns ("Mr. Kerns") contacted Plaintiffs' witness, the First National Bank of Blue Earth ("Bank"), for the purpose of providing misleading and prejudicial information in an attempt to pressure and harass Plaintiffs and improperly influence a key witness. Specifically, on approximately August 8, 2001, Mr. Kerns contacted one of the directors of the Bank, Mr. Michael Jacobi, and disparaged the Plaintiffs, calling them "convicted felons" and making false allegations about some property the Bank may have a security interest in.

On August 9, 2001, the Bank's Attorney, Mr. R. William Blake wrote to Mr. Kerns' Counsel, Mr. Steven Francis ("Mr. Francis"), complaining about Mr. Kerns' conduct and requesting that any and all correspondence or inquiries of any officers, employees, or directors of the Bank be directed to Mr. Blake. Mr. Francis, responded to Mr. Blake's letter on August 10, 2001, merely repeating Mr.

FILED SEP 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Kerns' alleged misleading statements. On August 15, 2001, Plaintiffs' counsel, Mr. Jonathan S. Parritz ("Mr. Parritz") wrote to Mr. Francis, requesting that both he and his client cease misleading and prejudicial contacts. Mr. Francis did not respond to this letter.

Accordingly, and based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for a Protective Order [#33] is **GRANTED** as follows:

1. Mr. Kerns and Mr. Francis, shall refrain from engaging in any ex-parte communications with any witnesses identified in Plaintiffs' Rule 26(a)(1) Disclosures of the Federal Rules of Civil Procedure, unless said ex-parte communications are preceded by proper notice to Plaintiffs and an opportunity to be present during such proceedings.

Dated: Sept 14, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

## Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500