UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2544 (JMR/FLN)

| | | |
|---|---|---|
| John P. Hoehne, Karl F. Hoehne and Hoehne Bros., a Minnesota General Partnership | ) | |
| v. | ) | PRELIMINARY INJUNCTION |
| Steven N. Kerns | ) | |

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, Plaintiffs seek an injunction imposing a constructive trust on certain of Defendant's present and former assets and enjoining Defendant from alienating or encumbering any of these assets pending the final determination of this action. Defendant had notice of Plaintiffs' motion and participated in the proceedings. The Court heard oral argument on October 26, 2001. At the hearing, the Court ordered a temporary restraining order, which would expire on November 5, 2001. On November 2, 2001, the Court modified the temporary restraining order, converting the same to a preliminary injunction.

The Court finds it proper to restrain Defendant from disposing of or removing the following property from the control of this Court, pending a determination on the merits or further order of the Court:

1. 188 acre Fort Collins, Colorado, ranch and subdivision, legally described as "Section 16, Township 8, Range 68, TR B1, Amended Plat to Tracts A & B, Dilo MLD-97-EX0994; and Fox Run

FILED NOV 7 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

Estates, RLUP 00-S1718, Lots 1-7, Lot A."

2. Proceeds from deed of trust payable on Fort Collins, Colorado, house at 350 Turman Drive, legally described as "Lot 5, Block 3, Manor Ridge Estates PUD 3rd Fil."

3. 160 acre Rathrun, Idaho ranch, legally described as "Lots 1 and 2, S2-NE Section 5, Township 51N, Range 4W."

4. 828 acre Hopson Farm in Worley, Idaho, legally described as "Parcel 1: government Lots 3 and 4; and the East Half of the Southwest Quarter of Section 18, Township 46 North, Range 5 West of the Boise Meridian, Benewah County, Idaho, Benewah County Assessor's Tax No. 1238; Parcel 2: Government Lots 1 and 2; and the Northeast Quarter of the Northwest Quarter of Section 19, Township 46 North, Range 5 West of the Boise Meridian, Benewah County, Idaho; Parcel 3: Government Lots 1 and 2; and the Northeast Quarter of Section 24, Township 46 North, Range 6 West of the Boise Meridian, Benewah County, Idaho; Parcel 4: Government Lots 1, 2, 3, 4; and the Southeast Quarter of Section 13, Township 46 North, Range 6 West of the Boise Meridian, Benewah County, Idaho; Parcel 5: The Southeast Quarter of the Northwest Quarter of the Northeast Quarter of Section 19, Township 46 North, Range 5 West of the Boise Meridian, Benewah County, Idaho; Parcel 6: Thayer 3rd Addition, Lot 1, Block 1, Section 6, Township 5 1N, Range 4W, Kootenai County; and Parcel 7: Thayer 3rd Addition, Lot 2, Block 1, Section 6, Township 5 1N, Range 4W, Kootenai County."

Wherefore, IT IS ORDERED that:

1. Defendant, his officers, agents, servants, employees, attorneys, and all persons in privity with them who receive actual notice of this order by personal service or otherwise are prohibited from transferring, encumbering, conveying, or alienating any of the property listed above.

2. Plaintiffs shall post a bond of $100,000.

Dated: November 2nd, 2001

JAMES M. ROSENBAUM
United States Chief District Judge