42-1428

RECEIVED

02 JAN -9 PM 3:05

U.S. DISTRICT COURT
MINNEAPOLIS, MN

**UNITED STATES DISTRICT COURT**

District of Minnesota

Clerk's Office, 708 Federal Building

316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number:** 00 CV 2544 JMR/FLN

**Case Title:** John P. Hoehne, Karl F. Hoehne And Hoehne Bros., A Minnesota General Partnership vs. Steven N. Kerns

**Affidavit of Movant**

I, Charles Hvass, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Stephen E. Howard, an attorney admitted to practice in the U.S. District Court for the District of Colorado, but not admitted to the bar of this court, who will be counsel for the Defendant Steven N. Kerns in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | 48598 | 1/9/02 |
| Signature | MN Attorney License | Date |

**Affidavit of Proposed Admittee**

I, Stephen E. Howard, am currently a member in good standing of the U.S. District Court for the District of Colorado, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing of this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| | | |
|---|---|---|
| Stephen E. Howard | Stephen E. Howard [signature] | 1-2-2002 |
| Type/Print Name | Signature | Date |

Attorney License Number: 9026
Law Firm Name & Address:
Howard and Francis, LLP
141 South College, Suite 102
Fort Collins, CO 80524
Telephone: (970) 484-6284

Motion Granted: [signature] JAN 10 2002

For the Court: Frances E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______