UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

John P. Hoehne, Karl F. Hoehne and Hoehne Bros., a Minnesota General Partnership,

Plaintiffs,

v.

Steven N. Kerns,

Defendant.

Court File No.00-CV-2544 (JMR/FLN)

**ORDER**

This matter came before the Court for hearing on January 9, 2002, on Plaintiffs' motion to modify this Court's Preliminary Injunction Order dated November 2, 2001, and upon Defendant's motions to dismiss Plaintiffs' motion for lack of jurisdiction, to vacate and reset hearing date, and to continue hearing.

Maslon Edelman Borman & Brand, LLP, by Jonathan S. Parritz, appeared on behalf of Plaintiffs. Howard and Francis, LLP, by Steven G. Francis, and Hvass, Weisman & King, by Charles T. Hvass, Jr., appeared on behalf of Defendant.

Based upon all the files, records and proceedings in this case, and for the reasons stated on the record at the hearings on January 9, 2002, November 2, 2001 and October 26, 2001,

IT IS HEREBY ORDERED:

1. Defendant's motions are denied;

2. The Court's Preliminary Injunction Order dated November 2, 2001 is hereby amended as follows:

FILED JAN 11 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

A) Counsel for Plaintiffs and counsel for Defendant shall jointly open an interest-bearing demand deposit account at a mutually agreeable federally insured financial institution ("Escrow Account");

B) Defendant shall immediately endorse for deposit into the Escrow Account the following instruments identified at pages 188-194 of his deposition;

(1) Wells Fargo check in the amount of $250,000;

(2) Wells Fargo check in the amount of $80,000;

(3) Pioneer Title check in the amount of $131,000;

C) Withdrawals may be made from the Escrow Account only upon the joint signature of counsel for each party acting pursuant to written order of this Court directing any such withdrawal;

D) Monthly statements for the Escrow Account shall be provided to each counsel;

E) Except as modified herein, the Court's Preliminary Injunction Order dated November 2, 2001, remains in full force and effect until further order of this Court.

Dated: January 10th, 2002.

BY THE COURT:

James M. Rosenbaum
U.S. District Court Chief Judge

183332