UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John P. Hoehne, Karl F. Hoehne and Hoehne Bros., a Minnesota General Partnership,

Plaintiffs,

00-CV-2544 JMR/FLN

v.

**ORDER**

Steven N. Kerns,

Defendant.

---

Johnathan S. Parritz, Esq., for Plaintiffs.
Steven G. Francis, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on January 28, 2002, on Plaintiffs' Motion to: (1) Compel [#87]; (2) Amend the Complaint to Include Punitive Damages Claim [#90]; and (3) to Extend Discovery Schedule [#93].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion to Compel [#87] is **GRANTED**. Defendant's Attorney, Mr. Francis, will supplement and update the current privilege log on or before February 8, 2002;

2. Plaintiffs' Motion to Amend the Complaint to Include Punitive Damages Claim [#90] is **GRANTED**. Plaintiffs are directed to file, forthwith, their Amended Complaint, in substantially the form and content as was filed in support of the Motion to Amend, and Defendant is directed to serve an Amended Answer in accordance with the governing Rules of Civil Procedure;

3. Plaintiffs' Motion to Extend Discovery Schedule [#93] is **GRANTED**. All discovery shall be completed by March 1, 2002. All other deadlines in the Pretrial Scheduling Order remain unchanged.

FILED JAN 3 · 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: JAN. 30, 2002.

FRANKLIN L. NOEL
CHIEF MAGISTRATE JUDGE