UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John P. Hoehne, et al., Civil 00-2544 JMR/FLN

Plaintiff,

v. ORDER

Steven N. Kerns,

Defendant.

---

The above matter is before the undersigned on defense counsel's request for a telephonic hearing scheduled for February 4, 2002. That request is DENIED.

DATED: January 31, 2002.

FRANKLIN L. NOEL
Chief Magistrate Judge

FEB - 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK