UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John P. Hoehne, et al.,

Plaintiffs,

v.

Steven N. Kerns,

Defendant.

Civil 00-2544 JMR/FLN

ORDER

---

The above matter is before the undersigned on Steven Francis' request for a telephonic hearing which has been scheduled for February 25, 2002. That request is DENIED.

DATED: February 7, 2002.

FRANKLIN L. NOEL
Chief Magistrate Judge

FEB - 7 200?
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK