UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John P. Hoehne, Karl F. Hoehne and Hoehne Bros., a Minnesota General Partnership, Plaintiffs, | Court File No.00-CV-2544 (JMR/FLN) |
| Steven N. Kerns, Defendant. | **STIPULATION AND ORDER EXTENDING EXPERT DISCLOSURE AND DISCOVERY DEADLINES** |

The parties to the above-captioned action by and through their undersigned counsel of record, hereby stipulate and agree that the Court's Pretrial Scheduling Order dated February 26, 2001, shall be and hereby is amended to extend the deadline for expert disclosure and discovery.

The parties request that the Pretrial Scheduling Order be amended as follows:

1. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

   a) By all parties on or before March 15, 2002, with respect to initial expert reports;

   b) By all parties on or before April 15, 2002 with respect to rebuttal expert reports.

   c) Depositions of expert witnesses shall be completed on or before May 15, 2002.

2. In all other respects the provisions of the Pretrial Scheduling Order dated February 26, 2001, shall remain in full force and effect.

FEB 1 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 2/7, 2002

MASLON EDELMAN BORMAN & BRAND
Limited Liability Partnership

By: ______________________
Geoffrey Jarpe (#49761)
Jonathan S. Parritz (#177581)
Dawn C. Van Tassel (#297525)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200

ATTORNEYS FOR PLAINTIFFS

Dated: 2/6, 2002

HOWARD AND FRANCIS, LLP

By: ______________________
Steven G. Francis (#8973)
141 South College, Suite 102
P.O. Box 2132
Fort Collins, CO 80522
Telephone: (970) 484-6284

and

Charles T. Hvass, Jr. (#48598)
HVASS, WEISMAN & KING, CHARTERED
Suite 450
100 South Fifth Street
Minneapolis, MN 55402-1295
Telephone: (612)333-0201

ATTORNEYS FOR DEFENDANT

**ORDER**

SO ORDERED.

Dated: 2/12, 2002

The Honorable Franklin L. Noel
Magistrate Judge