UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John P. Hoehne, Karl F. Hoehne and Hoehne Bros., a Minnesota General Partnership,

Plaintiffs,

v.

Steven N. Kerns,

Defendant.

00-CV-2544 JMR/FLN

**ORDER**

---

Johnathan S. Parritz, Esq., for Plaintiffs.
Charles Hvass, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on April 1, 2002, on Plaintiffs' Motion to Overrule Defendant's Attorney-Client Privilege Objections [# 133].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion to Overrule Defendant's Attorney-Client Privilege Objections [# 133] is **taken under advisement**;

2. Defendant will produce, for in-camera inspection, any document withheld under the attorney-client privilege listed in the privilege log, on or before 12:00 p.m., April 8, 2002;

3. After review of these documents the Court will issue an Order resolving the Plaintiffs' Motion to Overrule Defendant's Attorney-Client Privilege Objections.

DATED: 4/2, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED APR - 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK