**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

John P. Hoehne, Karl F. Hoehne,
and Hoehne Bros., a Minnesota
General Partnership,

Plaintiffs,

v.

Steven N. Kerns,

Defendant.

Civil No. 00-2544 (JMR/FLN)

---

John P. Hoehne, Karl F. Hoehne,
and Hoehne Bros., a Minnesota
General Partnership,

Plaintiffs,

v.

Steven N. Kerns,

Defendant.

Civil No. 02-1362 (DWF/SRN)

**ORDER FOR REASSIGNMENT OF RELATED CASES**

Case No. 00-2544 (JMR/FLN) having been assigned to Chief Judge James M. Rosenbaum and Case No. 02-1362 (DWF/SRN) having later been assigned to Judge Donovan W. Frank, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 02-1362 (DWF/SRN) be assigned to Chief Judge James M. Rosenbaum nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order filed May 30, 2002.

(189)

Filed JUL 10 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: July 3rd, 2002

JAMES M. ROSENBAUM
Chief Judge of United States District Court

Dated: July 10th, 2002

DONOVAN W. FRANK
Judge of United States District Court