UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2544(JMR/FLN)

John P. Hoehne, Karl F. Hoehne, and Hoehne Bros., a Minnesota General Partnership

v.

Steven N. Kerns

ORDER

This matter is before the Court on defendant's motion for summary judgment.

Based on the files, records, and proceedings herein, IT IS ORDERED that:

Defendant's motion is denied. [Docket No. 171.]

Dated: July 5th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED JUL 12 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS