UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John P. Hoehne, et al.,

Plaintiffs,

v.

Steven N. Kerns,

Defendant.

Civil 00-2544 JMR/FLN
And Civil 02-1362 JMR/FLN

---

IT IS HEREBY ORDERED that the above referenced cases are hereby consolidated. The contents of Civil 02-1362 shall be merged with Civil 00-2544, and all documents filed henceforth shall be filed in Civil 00-2544, and the Clerk's Office may close Civil 02-1362.

DATED: July 25, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

26 201
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK