UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John P. Hoehne, Karl F. Hoehne and Hoehne Bros., a Minnesota General Partnership,

Plaintiffs,

v.

Steven N. Kerns,

Defendant.

00-CV-2544 JMR/FLN

**ORDER**

---

Johnathan S. Parritz, Esq., for Plaintiffs.
Charles Hvass, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on August 1, 2002, on Defendant's Motion to Quash Subpoena to Testify at Deposition.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Quash Subpoena to Testify at Deposition is **GRANTED in part** and **DENIED in part** as follows:

1. Insofar as the Motion seeks to quash Mr. Francis' deposition altogether, it is **DENIED**;

2. Insofar as the Motion seeks to quash the subpoena as it relates specific categories of documents identified in Defendant's Motion to Quash as Document Requests A, B, D, E and F, it is **DENIED**;

3. Insofar as the Motion seeks to quash the subpoena as it relates specific categories of documents identified in Defendant's Motion to Quash as Document Requests C and G, it is **GRANTED**;

4. Defendant shall produce documents responsive to Document Requests A, B, D, E and F, at least ten (10) days before Mr. Francis' deposition;

AUG
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. Both Parties shall contact the Court's Calendar Clerk, Ms. Cathy Orlando, to schedule Mr. Francis' deposition. The deposition shall not exceed four (4) hours and will be conducted in the courtroom with undersigned available to rule on any objections that may arise. Furthermore, the subject matter of Mr. Francis' testimony will be limited as set forth in Shelton v. American Motors Corp., 805 F.2d 1323 (8th Cir. 1986).

DATED: Aug 2, 2002.

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE