UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John P. Hoehne, Karl F. Hoehne and Hoehne Bros., a Minnesota General Partnership,

Plaintiffs,

v.

Steven N. Kerns,

Defendant.

Court File No.00-CV-2544 (JMR/FLN)

**STIPULATION AND ORDER CONCERNING MOTION TO INTERVENE BY RAY-PAUL INC.**

WHEREAS, Plaintiffs John and Karl Hoehne, and Hoehne Brothers partnership (the "Hoehnes") claim that Defendant Steven N. Kerns ("Kerns") acquired title to certain real estate and other property with funds obtained wrongfully from the Hoehnes, as alleged in more detail in Plaintiffs' Amended Complaint in this action; and

WHEREAS, the Hoehnes seek a constructive trust on Kerns' interest in these assets, as alleged in more detail in the Amended Complaint, including the property known as Fox Run Estates, Larimer County, Colorado ("Fox Run"); and

WHEREAS, Ray-Paul Inc.("Ray-Paul") has moved to intervene in this action for the purpose of asserting certain claims relating to lots 2-7 of Fox Run; and

WHEREAS, the Hoehnes claim that their interest in Fox Run is fully protected *pendente lite* by Notices of Lis Pendens on file with the Larimer County Recorder's Office, which the Hoehnes claim are superior in time and right to any interest of Ray-Paul; and

WHEREAS, on October 26, 2001, this Court issued a Temporary Restraining Order, followed by a Preliminary Injunction on November 2, 2001, enjoining Kerns and all persons in

FILED
RICHARD D SLETTEN
JUDGMENT ENTD
DEPUTY CLERK

privity with him, who receive actual notice of the order, from transferring, encumbering, conveying, or alienating certain property, including Fox Run; and

WHEREAS, Ray-Paul is on notice of the Court's injunction and agrees that it is bound in all respects by the injunction, until further order of the Court;

WHEREAS, Kerns has commenced an action in Larimer County District Court entitled *Kerns v. Kerns, et al*, Civil Action No.: 01-CV-1170 to quiet title to certain real estate, including Fox Run; and

WHEREAS, Ray-Paul and the Hoehnes are parties to the Larimer County Action; and

WHEREAS, Defendant has not responded or otherwise appeared in response to Ray-Paul's Motion for Intervention in this case;

NOW, THEREFORE, Ray-Paul and the Hoehnes, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. An order of this Court imposing a constructive trust on Kerns' interest in Fox Run shall be dispositive only as to Kerns' interests, but not as to any interest of Ray-Paul;

2. Ray-Paul's Motion for Intervention shall be and is hereby withdrawn with prejudice. Notwithstanding the foregoing, Plaintiffs agree that Ray Paul may seek to have the preliminary injunction concerning Ray-Paul's interests in Fox Run vacated should it obtain a final determination from the Colorado Courts, after exhaustion of all appeals, that Ray Paul's interests in Fox Run are prior and superior to the rights claimed by the Hoehnes.

3. Ray-Paul may proceed with the claims it has asserted in the Larimer County Action, subject to all defenses, counterclaims and crossclaims which Plaintiffs have asserted or may hereafter assert in that action.

4. Ray-Paul is bound in all respects by the preliminary injunction issued in this case, until further order of this Court.

Dated: 8/5, 2002

**MASLON EDELMAN BORMAN & BRAND**
**Limited Liability Partnership**

By: [signature]

Geoffrey Jarpe (#49761)
Jonathan S. Parritz (#177581)
Dawn C. Van Tassel (#297525)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200

**ATTORNEYS FOR PLAINTIFFS**

Dated: August 5, 2002

**STEPHENSON & SANFORD, P.L.C.**

By: Valdis A Silins

Kevin J. Dunlevy (#162851)
Valdis A. Silins (#12221X)
Daniel G. Kelly (#0286527)
501 Marquette Avenue, Suite 1440
Minneapolis, MN 55402
Telephone: (612) 375-1440

**ATTORNEYS FOR RAY-PAUL, INC.**

**ORDER**

SO ORDERED.

Dated: Aug 7, 2002

The Honorable Franklin L. Noel
Magistrate Judge