UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John P. Hoehne, Karl F. Hoehne and Hoehne Bros., a Minnesota General Partnership,

Plaintiffs,

v.

Steven N. Kerns,

Defendant.

00-CV-2544 JMR/FLN

**ORDER**

---

Jonathan S. Parritz, Esq., for Plaintiffs.
Steven Francis & Charles Hvass, Esqs., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on October 21, 2002, on Plaintiffs' Motion to Compel Discovery [#207].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery is **GRANTED in part** and **DENIED in part** as follows:

1. Plaintiff's Motion to Compel is **GRANTED in part** and **DENIED in part**. Defendant is required to produce:

    a. Any of Defendant's Bank of Fairfield account statements;

    b. Defendant's July credit card statement for the account ending in 3089;

    c. Defendant is required to supplement his response to Plaintiffs' Interrogatory No. 9; and

    d. In all other respects the motion is **DENIED**.

2. The Defendant is required to supply all of this production and/or supplementation on or before November 1, 2002. All responsive documents,

OCT 28 2002

FILED ___
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ___
DEPUTY CLERK ___

evidence, or supplementation not produced by that date are subject to the self-executing Federal Rules of Civil Procedure which require the supplementation of discovery responses.

3. To the extent the Plaintiffs' Motion seeks sanctions against the Defendant, it is **DENIED**.

DATED: 10/25, 2002.

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE