UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2544 (JMR/FLN)

John P. Hoehne, Karl F. Hoehne and Hoehne Bros., a Minnesota General Partnership

v.

Steven N. Kerns

ORDER

Defendant appeals the Order dated August 2, 2002, by the Honorable Franklin L. Noel, United States Magistrate Judge, denying in party his motion to quash subpoena to testify at deposition. Defendant's appeal was timely pursuant to Local Rule 72.1(b)(2).

After a thorough review of the files, records, and proceedings herein, the Court determines the Magistrate's Order is neither clearly erroneous nor contrary to law. Accordingly, IT IS ORDERED that:

Defendant's appeal [docket no. 198] is denied and the Magistrate's Order is affirmed in full.

Dated: January 27, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED JAN 27 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK