UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John P. Hoehne, Karl F. Hoehne and Hoehne Bros., a Minnesota General Partnership,

Plaintiffs,

v.

Steven N. Kerns,

Defendant.

00-CV-2544 JMR/FLN

**ORDER**

---

Jonathan S. Parritz, for Plaintiffs.
Charles Hvass, Jr., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on March 31, 2003, on Plaintiffs' Motion to Compel and for Sanctions [#246].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel [#246] is **Granted in part and Denied in part** as follows:

1. Defendants objection to document "MEMO TO FILE" dated June 30, 2000, reviewed *in camera* by the Court is **OVER-RULED**, and must be produced;

2. Insofar as the Motion relates to copies of documents which were in Mr. Francis' file before the lawsuit was filed, but that have previously been produced, it is **DENIED**;

3. Insofar as the Motion relates to the items listed in the March 28, 2003, letter from Plaintiff, identifying responsive documents in nine categories that have not been produced, it is **GRANTED**;

4. Insofar as the Motion relates to documents from the *Kerns v. Withrow* matter it is **GRANTED;**

5. All documents must be produced to Plaintiff by close of business April 3, 2002;

FILED 4-2-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

6. Insofar as the Motion seeks the award of sanctions in bringing this Motion, it is **DENIED**.

DATED: April 1, 2003.

FRANKLIN L. NOEL
United States Magistrate Judge