UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John P. Hoehne, Karl F. Hoehne and Hoehne Bros., a Minnesota General Partnership,

Plaintiffs,

v.

Steven N. Kerns,

Defendant.

00-CV-2544 JMR/FLN

**ORDER**

---

Johnathan S. Parritz, Esq., for Plaintiffs.
Charles Hvass, Jr., Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on June 2, 2003, on: (1) Defendant's Motion for Protective Order [#254]; and (2) Plaintiff's Motion for Order for Leave to Take Additional Discovery and for Sanctions [#258].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Insofar as this Motion relates to the preclusion of further depositions in this case, Defendant's Motion for Protective Order [#254] is **GRANTED**. The Court is not expressing any opinion in regards to the utilization of Mr. Stein as a witness at trial or the admissibility of the documents related to this Motion; and

2. Plaintiff's Motion for Order for Leave to Take Additional Discovery and for Sanctions [#258] is **DENIED**.

DATED: June 3, 2003.

Franklin L. Noel
United States Magistrate Judge

JUN 0 3 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK