**EXHIBIT C**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| John P. Hoehne, Karl F. Hoehne and Hoehne Bros., a Minnesota General Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>Steven N. Kerns,<br><br>Defendant. | Court File No.:00-CV-2544 (JMR/FLN)<br><br>**ORDER DISSOLVING PRELIMINARY INJUNCTION** |

WHEREAS, on November 2, 2001, the Court issued its preliminary injunction decreeing that Defendant Steve N. Kerns was restrained from conveying, disposing or otherwise encumbering certain real estate parcels designated therein;

NOW, THEREFORE, based upon the parties' stipulation, and upon all the files, records and proceedings in this case, the Court hereby orders that its preliminary injunction dated November 2, 2001 is hereby dissolved.

IT IS SO ORDERED.

Dated: October 15, 2003.

**BY THE COURT:**

James M. Rosenbaum
Chief Judge, U.S. District Court

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______