**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| John P. Hoehne, Karl F. Hoehne and Hoehne Bros., a Minnesota General Partnership, Plaintiffs, | Court File No.:00-CV-2544 (JMR/FLN) |
| v. | **ORDER RELEASING FUNDS TO PLAINTIFFS** |
| Steven N. Kerns, Defendant. | |

WHEREAS on January 10, 2002, the Court ordered that certain funds in the possession of Defendant Steve N. Kerns be deposited in a financial institution subject to further order of this Court; and

WHEREAS, the Court is advised that the parties agree that the funds on deposit, together with all interest thereon, may be released in their entirety to the Plaintiffs;

NOW, THEREFORE, based upon all the files, records and proceedings herein, and based upon the stipulation of the parties, the Court hereby orders that all funds now on deposit at Marshall & Illsley Bank in the following Account Nos.: 22615428, 22615417, 22615406, 22615395, and 22615362, shall immediately be released to John Hoehne and Karl Hoehne, c/o Maslon Edelman Borman & Brand LLP Trust Account.

IT IS SO ORDERED.

Dated: October 15, 2003.

**BY THE COURT:**

James M. Rosenbaum
Chief Judge, U.S. District Court

FILED OCT 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS