**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| John P. Hoehne, Karl F. Hoehne and Hoehne Bros., a Minnesota General Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>Steven N. Kerns,<br><br>Defendant. | Court File No.:00-CV-2544 (JMR/FLN)<br><br>**ORDER RETAINING JURISDICTION** |

WHEREAS, the Court has been advised that this matter has been settled; and

WHEREAS, on September 29, 2003, the Court entered an Order dismissing this matter with prejudice; and

WHEREAS, the Court is advised that the parties have agreed that this Court may retain jurisdiction to enforce the terms of the settlement agreement between the parties, including personal jurisdiction over Defendant Steve N. Kerns, as well as his wife, Sok Sun "Sunny" Kerns;

NOW, THEREFORE, it is hereby ordered that this Court's Order dated September 29, 2003, dismissing this matter with prejudice, is hereby amended as follows:

This Court shall retain jurisdiction to and until December 31, 2003, to enforce the terms of the settlement agreement between the Plaintiffs, Defendant, and his wife, Sok Sun "Sunny" Kerns, including personal jurisdiction over both Mr. and Mrs. Kerns.

JMR 10/16/03

FILED OCT 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_____
DEPUTY CLERK'S INITIALS_____

Dated: October 16th, 2003

JAMES M. ROSENBAUM, United States
Chief District Judge